■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULES PLEVY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 10, 1976, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Crimmins,* 36 NY2d 230). Damiani, J. P., Titone, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY J. RUSSILLO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered January 14, 1977, convicting him of possession of gambling records in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, indictment dismissed, and case remitted to the Supreme Court, Westchester County, for the purpose of entering an order in its discretion pursuant to CPL 160.50. With commendable candor, the District Attorney, in his brief, concedes that the decision of the Court of Appeals in *People v Abbamonte* (43 NY2d 74) mandates a reversal of the judgment. Mollen, P. J., Suozzi, Cohalan and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES P. SMITH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 9, 1976, convicting him of attempted sodomy in the first degree, upon his plea of guilty, and imposing sentence. Judgment reversed, on the law, and indictments dismissed, with leave to resubmit the charges to another Grand Jury. The indictment was fatally defective in that it failed to state the exact nature of the deviate sexual intercourse with which defendant is charged (see *People v Jackson,* 60 AD2d 893). Latham, J. P., Damiani, Cohalan and O'Connor, JJ., concur.